CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 12 2014

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| BANS PASTA, LLC, | Case No.: 7:13-cv-00360-JCT |
| Plaintiff, | ORDER |
| v. | |
| | By: James C. Turk |
| MIRKO FRANCHISING, LLC, | Senior United States District Judge |
| MIRKO DI GIACOMANTONIO, and | |
| ARCHIE B. CRENSHAW, | |
| Defendants. | |

This matter is before the Court on Defendants' Motion to Dismiss. ECF No. 13. For the reasons explained in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that the Motion to Dismiss is **GRANTED IN PART and DENIED IN PART**. It is granted as to Count I and Count I of Plaintiff's Complaint is hereby dismissed with prejudice. It is **DENIED** as to the remaining counts in the Complaint.

The Clerk of Court is directed to send copies of this Order and the accompanying Memorandum Opinion to counsel of record for both parties.

ENTER: This 12th day of February, 2014.

Hon. James C. Turk
Senior United States District Judge